## J. H. Rhode, Trading as Oak Park Realty Company, Appellee, v. Mildred Novak, Appellant.

Gen. No. 43,640.

opinion filed February 20, 1947; released for publication March 28, 1947. Bertram H. Montgomery and Otto L. Steiskal, for appellant; Walter E. Moss, of counsel; Clarence Kammermann, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.